UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

ORDER:
Motion granted.
Defendants shall serve initial disclosures by August 11, 2014.

John Bryant
USMJ

| | | |
|---|---|---|
| JOHN GROSS | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No 3:14-cv-00856 |
| vs. | § | |
| | § | |
| CLINT SATTERFIELD and TERESA DICKERSON, | § | |
| | § | |
| Defendants. | § | |

## MOTION TO COMPEL

Comes the Plaintiff John Gross, pursuant to Rule 37 of the Federal Rules of Civil Procedure, and moves for an Order compelling discovery.

For cause it is averred that pursuant to the Initial Case Management Order in this matter, all parties were required to disclose their mandatory Rule 26 disclosures by no later than July 15, 2014. To date, no disclosures have been forthcoming from the Defendants.

Furthermore, the undersigned certifies that a good faith effort has been made to resolve this dispute by agreement. With respect to Local Rule 37.01(a), no joint statement is attached to this Motion because none is required. Simply put, the Defendants have failed to provide whatsoever the required disclosures. Plaintiff requires these disclosures to proceed with its written discovery in this matter.